U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

FEB 12 2008

ROBERT H. SHEMWELL, CLERK
BY _____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **THOMAS BRUCE DUPLECHIN** | : | **DOCKET NO. 07-CV-395**<br>**SECTION P** |
| VS. | : | **JUDGE MINALDI** |
| **CALCASIEU PARISH SHERIFF'S DEPARTMENT** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT OF DISMISSAL

Having given notice of this court's intention to dismiss this action with prejudice under 28 U.S.C. §1915(e)(2) for failure to state a claim upon which relief can be granted and having received no response to this court's notice allowing plaintiff time to show cause for his failure to comply with the court's prior order, this court finds that plaintiff's action is subject to dismissal under 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted. Accordingly, it is

**ORDERED** that this action be and it is hereby **DISMISSED WITH PREJUDICE** for failure to state a claim.

**THUS DONE AND SIGNED**, in Chambers, at Lake Charles, Louisiana, this ___11___ day of _____Feb_____, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE